UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| LAZARO RIVERO, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 7:21-018-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Lazaro Rivero's petition at R. 1 is **DENIED** without prejudice to his right to file a new civil rights action regarding some of the matters raised in his present submission.

2. This specific action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This is the 5th day of April, 2021.

Gregory F. Van Tatenhove
United States District Judge